

**IT IS ORDERED as set forth below:**

**Date: January 20, 2015**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Case No. **13-54741** - MGD |
| **FRANTISEK FRANCAK**, | |
| Debtor. | Chapter 13 Proceeding |
| | |
| **FRANTISEK FRANCAK**, | |
| Movant, | Contested Matter |
| v. | |
| **SUNTRUST BANK**, | |
| Respondent. | |

### ORDER GRANTING DEBTOR'S MOTION TO VACATE ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This matter came before the court on January 7, 2015 at 10:00 a.m., for hearing on Debtors' Motion to Vacate Order Granting Relief from the Automatic Stay (hereinafter "the Motion") that was filed in the above-styled Chapter 13 case on December 23, 2014. The Motion, which Debtor's counsel contends was served on all interested parties, requests that this court vacate its order, entered on August 28, 2014, which modified the automatic stay of

11 U.S.C. § 362 to the extent necessary for SunTrust Bank to commence foreclosure proceedings against real property commonly known as 1330 Boundary Boulevard, Suwannee, GA 30024.  At the call of the calendar there was no opposition to Debtor's Motion, therefore, it is hereby

**ORDERED** that the Debtor's Motion to Vacate Order Granting Relief from the Automatic Stay is hereby GRANTED. The Order entered on August 28, 2014 is hereby VACATED.  It is further

**ORDERED** that the stay under 11 U.S.C. Section 362 is hereby re-imposed as to SunTrust Bank.  It is further

**ORDERED** that debtor shall remit $7,890.79 via certified funds within ten (10) days of entry of this Order for post-petition mortgage payments that have come due through and including January 1, 2015.  It is further

**ORDERED** that the Office of the Clerk shall serve a copy of this Order on all parties on the attached distribution list.

[END OF DOCUMENT]

| **Prepared by:** | **No opposition by:** |
|---|---|
| /s/ Nicole K. Carson | /s/ K. Edward Safir *with express permission* |
| Nicole K. Carson, Esq. | K. Edward Safir, attorney for the |
| Attorney for Debtor | Chapter 13 Trustee, Mary Ida Townson |
| GA Bar Number 722305 | GA Bar Number 622149 |
| 1995 North Park Place SE, Suite 400A | Suite 2200, 191 Peachtree Street, NE |
| Atlanta, Georgia 30339 | Atlanta, Georgia 30303 |
| 404.782.2347 telephone | 404.525.1110 telephone |
| 678.288.7866 facsimile | |
| *carson.bankruptcy@gmail.com* | |

**Distribution list:**

The Carson Firm
1995 North Park Place SE, Suite 400A
Atlanta, Georgia 30339

Mary Ida Townson
Chapter 13 Trustee
Suite 2200, 191 Peachtree Street NE
Atlanta, GA 303030-1740

Frantisek Francak
1330 Boundary Blvd
Suwanee, GA 30024

Attn: Sean M. Corcoran
Brock & Scott, PLLC
Attorney for SunTrust Bank
Suite 300, 5121 Parkway Plaza Blvd
Charlotte, NC 28217

SunTrust, N.A.
Home Equity Group
1 Home Campus X2303-01A
Des Moines, IA 50328