**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **IN RE:** <br> **FRANTISEK FRANCAK** <br>             **DEBTOR** | **CASE NO.  13-54741-mgd** <br> **CHAPTER 13** |

**WITHDRAWAL OF MOTION FOR RELIEF FROM STAY**

SunTrust Bank ("Movant"), by and through its legal counsel, hereby withdraws its Motion for Relief from Stay filed on June 15, 2015.

This 22nd day of September, 2015.

 

                                            Brock and Scott, PLLC

                                            <u>/s/ Travis E. Menk</u>
                                            Travis E. Menk (GA. Bar No. 632610)
                                            Attorney for Movant
                                            Brock & Scott, PLLC
                                            5121 Parkway Plaza Blvd., Suite 300
                                            Charlotte, NC 28217
                                            Ph: (704) 369-0676
                                            Fax: (704) 369-0760
                                            [bankruptcy@brockandscott.com](mailto:bankruptcy@brockandscott.com)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>**FRANTISEK FRANCAK**<br>　　　　　　**DEBTOR** | CASE NO.  13-54741-mgd<br>CHAPTER 13 |

**CERTIFICATE OF SERVICE**

　　　　　The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the WITHDRAWAL OF MOTION FOR RELIEF FROM STAY in the above captioned case were this day served upon the below named persons by electronic means or by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Frantisek Francak
1330 Boundary Boulevard
Suwanee, GA 30024

Nicole Carson
Suite 400A
1995 North Park Place
Atlanta, GA 30339

Mary Ida Townson
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740


This 22nd day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　Brock and Scott, PLLC

　　　　　　　　　　　　　　　　　　　　　　<u>/s/ Travis E. Menk</u>
　　　　　　　　　　　　　　　　　　　　　　Travis E. Menk (GA. Bar No. 632610)
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　　　Brock & Scott, PLLC
　　　　　　　　　　　　　　　　　　　　　　5121 Parkway Plaza Blvd., Suite 300
　　　　　　　　　　　　　　　　　　　　　　Charlotte, NC 28217
　　　　　　　　　　　　　　　　　　　　　　Ph: (704) 369-0676
　　　　　　　　　　　　　　　　　　　　　　Fax: (704) 369-0760
　　　　　　　　　　　　　　　　　　　　　　bankruptcy@brockandscott.com